AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>BENJAMIN RUBIN<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  **8:25MJ1379CPT**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 23, 2025__ in the county of __Pasco__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(e) | Threat to damage or destroy any building by means of an explosive |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jesse DePaolo, FBI Special Agent
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: __FEBRUARY 26, 2025__

_____
*Judge's signature*

City and state: __Tampa, Florida__    Christopher P. Tuite, U.S. Magistrate Judge
*Printed name and title*

## CRIMINAL COMPLAINT AFFIDAVIT

I, Jesse DePaolo, being duly sworn, depose and state:

### I. INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2024. I am currently assigned to the Joint Terrorism Task Force within the Tampa Field Office of the FBI. In my capacity as Special Agent, I have conducted and/or assisted in many investigations, including crimes involving racially or ethically motivated violent extremism and anti-government/anti-authority violent extremism. I have training and experience in the enforcement of the laws of the United States, including the preparation and presentation of affidavits in support of complaints.

2. I am a "federal law enforcement officer" within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure. I am engaged in enforcing federal criminal laws and I am authorized by the Attorney General to request an arrest warrant, among other things, for violations of the laws of the United States.

3. The information in this Affidavit is based on my personal knowledge as well as information, knowledge, observations, and investigations of others.

4. This Affidavit does not contain all information discovered during this investigation, rather only that information believed to be sufficient to support probable cause for the requested criminal complaint.

5. Based on the information in this Affidavit, I request that a criminal complaint and arrest warrant be issued for Benjamin RUBIN for willfully using an instrument of interstate and foreign commerce to make a threat to damage or destroy any building by means of an explosive, in violation of 18 U.S.C. § 844(e).

## II. PROBABLE CAUSE

6. Benjamin RUBIN is a 78-year-old male residing in New Port Richey, Florida. In February of 2025, RUBIN has posted several politically motivated, threatening posts on his Facebook account, account number 100039024940590, display name "Ben Rubin." Facebook is an instrument of interstate and foreign commerce.

7. For example, on February 17, 2025, RUBIN posted: "THESE NAZI BASTARDS IN OUR GOVT. WILL GET A RUDE AWAKENING. EVEN THE JEWISH NAZIS. DO YOU HEAR US [VICTIM 1]? 666." VICTIM 1 is a U.S. government official.

8. Approximately five minutes after that post, RUBIN posted: "CRASH YOUR TESLAS INTO GOVT. BUILDINGS. KILL [VICTIM 2] THE NAZI BASTARD. IF YOU ARE JEWISH YOU SHOULD BE WORRIED. GET YOUR WEAPONS READY. CIVIL WAR IS UPON US." VICTIM 2 is the C.E.O. of a major U.S. company who has been working with the current presidential administration.

9. On or about February 20, 2025, RUBIN posted: "The only way to get rid of tyrants is to kill them." Approximately fifty minutes later, he posted: "[VICTIM 3] WILL BE ASSASSINATED." VICTIM 3 is a U.S. government official. Approximately twenty minutes later, RUBIN posted, "THE ONLY WAY TO GET RID OF A CULT IS BY KILLING THE LEADERS."

10. On or about February 22, 2025, RUBIN posted: "ALL THESE MAGA HEADS IN U.S. WILL BE ASSASSINATED IN ABOUT 6 MONTHS. THAT IS ABSOLUTE!" Later that day, he posted: "[VICTIM 2] WILL BE KILLED WITHIN THE NEXT MONTH!" and "[VICTIM 2] WILL LOSE HIS BODYGUARDS IN A SHOOTOUT WITH EX MARINE SNIPERS."

11. Later on February 22, 2025, RUBIN posted: "I shot my TV when [VICTIM 4] appeared in an ad on illegals. Next time I see her in person the shots will be for her." VICTIM 4 is a U.S. government official.

12. On or about February 23, 2025, RUBIN posted "WE ARE GOING TO BLOW UP TRUMP TOWER SOON. IT WILL BE ANOTHER LIKE IN OKLAHOMA." Based on open source research, I know that Trump Tower is a reference to a skyscraper located in New York. I further understand that the reference to "Oklahoma" is a reference to the Oklahoma City bombing, in which an anti-government extremist attacked a federal building in Oklahoma City with a homemade bomb, killing 168 people.

13. On or about February 25, 2025, Task Force Officer (TFO) Carroll conducted an interview of RUBIN at his residence in New Port Richey, Florida. The interview was voluntary and was recorded. RUBIN admitted to being the user of the Facebook account and to making the posts discussed above. RUBIN stated that he made the posts because he was frustrated by the state of politics in the United States. He further stated that he has no intention to engage in violence.

### III. CONCLUSION

14. Based upon the foregoing, I submit that probable cause exists to believe that Benjamin RUBIN has violated 18 U.S.C. § 844(e), and I respectfully request issuance of the proposed complaint and arrest warrant.

Jesse DePaolo
Special Agent
Federal Bureau of Investigations

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed.R.Crim. P. 4.1 and 4(d) before me this __26__ day of February 2025, at Tampa, Florida.

CHRISTOPHER P. TUITE
UNITED STATES MAGISTRATE JUDGE