# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                              Case No. 8:25-mj-1379-CPT

BENJAMIN RUBIN

## CLERK'S MINUTES
Proceeding: Initial Appearance and Detention Hearing
*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: February 28, 2025 |
| Deputy Clerk: Ashley Sanders | Time: 2:38 p.m. |
| USPO: Fabiana Nicastri | Recess: 3:59 p.m. |
| Court Reporter: Digital | Total Time: 1 hour 21 min |
| Interpreter: none | |

*Hearing held with other duty matters: 25cr81 (20 min); 25mj1379 (20 min); 11cr23 (20 min); 25mj1387 (21 min)

Counsel for USA: Joseph Wheeler, AUSA
Counsel for Defendant: Ben Stechschulte, retained

---

Court calls case and counsel enters appearances.

Court advises of certain constitutional rights. Defendant understands.

Defendant has retained counsel.

Court advises of charges contained in Complaint. Defendant waives a preliminary hearing.

BOND:   <u>Government:</u>   moves for detention. Danger to community.

             <u>Defendant:</u>   moves for release.

Court releases defendant on conditions.

Status conference set for March 25 at 9:00 a.m.

Oral due process order pronounced.

Recess.